| | | |
|---|---|---|
| **Terence S. Ward**<br>*Federal Defender*<br><br>**Kelly M. Barrett**<br>*First Assistant Federal Defender* | **FEDERAL DEFENDER**<br>**District of Connecticut**<br>**265 Church Street, 7th Floor**<br>**New Haven , CT 06510**<br>**Tel:  (203) 498-4200**<br>**Fax: (203) 498-4207** | **Daniel Erwin**<br>**Josh Ewing**<br>**Andrew Giering**<br>**Tracy Hayes**<br>**Allison Kahl**<br>**Carly Levenson**<br>**Michael Petrik**<br>**Anne Silver**<br>**Charles F. Willson**<br>*Assistant Federal Defenders* |

June 12, 2026

Ms. Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Court House
40 Foley Square
New York, NY 10007

> **Re:**   **United States of America v. Devaro Taylor**
> **25-1772**

Dear Ms. Wolfe:

I hereby provide additional dates that counsel for Defendant-Appellant Devaro Taylor is unavailable for oral argument in the above captioned matter. The Oral Argument Statement (Dkt. Entry 27.1) was filed on March 10, 2026. Oral Argument was originally set for May 27. The Court subsequently granted the Appellant's Motion for Postponement of the Oral Argument Date on April 30, 2026 (Dkt. Entries 34.1 and 35.1).

Undersigned counsel is unavailable for oral argument on the following dates: the month of June, August 31, September 1-11, November 18-28.

Sincerely,

*/s/ Daniel M. Erwin*
Daniel M. Erwin
Assistant Federal Defender

DME/